PROB 12C
(6/16)

Report Date: July 29, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Lloyd Watlamett          Case Number: 0980 1:18CR02008-SAB-1

Address of Offender:                                White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 23, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 366 days          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon            Date Supervision Commenced: November 30, 2018

Defense Attorney:     Paul E. Shelton             Date Supervision Expires: November 29, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Watlamett is considered to be in violation of his conditions of supervision by failing to report to the United States Probation Office on July 19, 2019.

On December 6, 2018, U.S. Probation Officer Jonathan Barcom met with Mr. Watlamett upon his release from custody. Mr. Watlamett reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On July 17, 2019, this officer spoke with Mr. Watlamett and instructed him to report to the Yakima Probation Office in person on July 19, 2019.  Mr. Watlamett reported to be in the Spokane, Washington, area and would be reporting as instructed.

On July 19, 2019, Mr. Watlamett failed to report to the probation office.  This officer has attempted to contact Mr. Watlamett via his message telephone number with no success.

Prob12C
**Re: Watlamett, Russell Lloyd**
**July 29, 2019**
**Page 2**

        On July 24, 2019, this officer attempted to locate Mr. Watlamett at his last reported address. The residence was burnt down and no longer habitable. Mr. Watlamett was not located and his current whereabouts are unknown.

2      **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Watlamett is considered to be in violation of his supervised conditions by not entering outpatient substance abuse counseling services as recommended after he completed inpatient treatment, since May 13, 2019.

        On December 6, 2018, U.S. Probation Officer Jonathan Barcom met with Mr. Watlamett upon his release from custody. Mr. Watlamett reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

        On May 14, 2019, Mr. Watlamett reported to the probation office after having been successfully discharged from inpatient treatment at James Oldham Treatment Center in Buena, Washington. Mr. Watlamett was instructed to enter outpatient treatment services at Comprehensive Healthcare (Comprehensive) in Yakima, Washington, as it was recommended as part of his treatment plan.

        On May 21, 2019, Mr. Watlamett stated to have not yet contacted Comprehensive about starting outpatient treatment services. Mr. Watlamett stated that he would be meeting with his counselor on May 23, 2019.

        As of the date of this report, Mr. Watlamett has not engaged in outpatient substance abuse counseling services.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/29/2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Watlamett, Russell Lloyd**
**July 29, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Signature*

Signature of Judicial Officer

07/29/2019

Date