PROB 12C
(6/16)

Report Date:  December 22, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Russell Lloyd Watlamett | Case Number: 0980 1:18CR02008-SAB-1 |
| Address of Offender: | White Swan, Washington  98952 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 23, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (10/21/2020) | Prison - 3 months, 7days; TSR - 32 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 21, 2020 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: June 20, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**:  Mr. Watlamett is considered to be in violation of his supervised release conditions by failing to report to the probation officer on or before December 4, 2020. |
| | Per COVID-19 procedures, Mr. Watlamett's conditions of supervised release were verbally reviewed with him on October 28, 2020. He verbally acknowledged an understanding of his conditions, which includes standard condition number 2, as noted above. He was provided with a copy of the signed judgment via email. |
| | On November 18, 2020, Mr. Watlamett reported to his probation officer via telephone call. Mr. Watlamett was instructed to report to his probation officer again on December 4, 2020. |

Prob12C
# Re: Watlamett, Russell Lloyd
December 22, 2020
Page 2

This officer has made attempts to contact Mr. Watlamett on his reported cellular telephone number with no success. As of the date of this report, no contact has been made with Mr. Watlamett. He has failed to report as instructed and his current whereabouts is unknown.

2  **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Watlamett is considered to be in violation of his supervised release conditions by failing to undergo a substance abuse evaluation since October 28, 2020.

Per COVID-19 procedures, Mr. Watlamett's conditions of supervised release were verbally reviewed with him on October 28, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above. He was provided with a copy of the signed judgment via email.

On October 28, 2020, Mr. Watlamett was instructed to undergo a substance abuse evaluation.

On November 18, 2020, Mr. Watlamett reported to this officer that he was scheduled to undergo his substance evaluation on this date, but he did not make it to his appointment. Mr. Watlamett was instructed to contact his treatment provider, Yakama Nation Tiinawit Program, and reschedule his appointment to complete his evaluation by December 4, 2020.

As of the date of this report, Mr. Watlamett has failed to undergo a substance abuse evaluation.

3  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Watlamett is considered to be in violation of his supervised release conditions by failing to submit to random urinalysis testing (UA) at Merit Resource Services (Merit) on December 7 and 17, 2020.

Per COVID-19 procedures, Mr. Watlamett's conditions of supervised release were verbally reviewed with him on October 28, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 4, as noted above. He was provided with a copy of the signed judgment via email.

On December 8, 2020, Merit informed this officer that Mr. Watlamett did not show up to their office for random UA testing on December 7, 2020.

On December 18, 2020, Merit informed this officer that Mr. Watlamett did not show up to their office for random UA testing on December 17, 2020.

This officer has made attempts to contact Mr. Watlamett on his reported cellular telephone number with no success.

Prob12C
**Re: Watlamett, Russell Lloyd**
**December 22, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/22/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

12/28/2020
Date